■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD R. CONKLIN, Appellant. [807 NYS2d 912]—Appeal from a judgment of the Herkimer County Court (Patrick L. Kirk, J.), rendered December 20, 2004. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of criminal possession of a controlled substance in the second degree (Penal Law § 220.18 [2]). We affirm for reasons stated in the decision at the suppression court (Patrick L. Kirk, J.). We add only that the sentence is not un-

duly harsh or severe. Present—Pigott, Jr., P.J., Hurlbutt, Gorski, Green and Hayes, JJ.